USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON P. DIPOUMBI,

               Plaintiff,

-against-

ASHLEY C. KRAUSS,

              Defendant.

1:25-cv-4862

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

A review of court records indicates that the petition in this action was filed in the District of New Jersey on June 13, 2024 and approximately one year later this action was transferred to the Southern District of New York. [ECF No. 19]. As of the date of this Order, no proof of service has been filed on the docket. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff is directed to serve Defendant and file proof of service on the docket **on or before August 27, 2025**. If service has not been made on or before that date, and if plaintiff fails to show cause, in writing, why service has not been made, the complaint will be dismissed pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure. **Failure to comply with the Court's Orders or the FRCP, may result in sanctions, including monetary penalties, on counsel and/or the parties, or dismissal.**

**SO ORDERED.**

**Date: August 13, 2025**
**New York, NY**

                                                  *Mary Kay Vyskocil*
                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**