USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMON P. DIPOUMBI,

                    Plaintiff,

          -against-

ASHLEY C. KRAUSS,

                    Defendant.

1:25-cv-04862-MKV

**ORDER OF DISMISSAL**

MARY KAY VYSKOCIL, United States District Judge:

The Court issued an Order on August 13, 2025, advising Plaintiff that as of the date of that Order no proof of service had been filed on the docket.  The Court further warned that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).  The Court directed Plaintiff to serve Defendant and file proof of service on the docket **on or before August 27, 2025.**  The Court further cautioned Plaintiff that if service was not made on or before that date, and if plaintiff failed to show cause, in writing, why service was not made, the complaint would be dismissed.

As of the date of this Order no proof of service has been filed and Plaintiff has failed to show cause, in writing, why service has not been made.  Accordingly, the complaint in this action is DISMISSED without prejudice pursuant to Rule 4 of the Federal Rules of Civil Procedure.  The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Date:  September 3, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**